**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Clarence Frost and Tammy Frost,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>Messerli & Kramer, P.A.,<br>Brian A. Chou,<br><br>　　　　　　Defendants. | **Civil Action No. 07-CV-3846 (PAM/JSM)**<br><br>**ORDER** |

Based upon the parties' Stipulation for Dismissal with Prejudice, which has been included in the Court's file herein,

**IT IS HEREBY ORDERED** that the above-entitled action and all of the claims between all of the parties as set forth in the pleadings be and the same are hereby Dismissed With Prejudice and on the merits, and without costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

　　Dated this   23rd   day of   December  , 2008.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　Judge of the District Court